DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIO AUGUSTINE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0598

[November 16, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Martin S. Fein, Judge; L.T. Case No. 10-14376CF10A.

Julio Augustine, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***